Court of Appeal, Fourth Circuit, Parish of Orleans. 209 So.2d 288.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, there appears no error of law in the judgment complained of.

■

211 So.2d 328

**Philip J. SCIORTINO**

**v.**

**Regina Ortolano SCIORTINO.**
**Regina ORTOLANO, wife of Philip**
**James Sciortino**

**v.**

**Philip James SCIORTINO.**

No. 49304.

June 21, 1968.

In re: Philip J. Sciortino and Warren A. Sciortino applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 209 So.2d 355.

Writ refused. On the facts found by the Court of Appeal the result reached by it is correct.